# In the United States Court of Federal Claims

William J Wickham
54 Collinwood Circle
Windham, Me 04062 **Plaintiff(s),**

v.

THE UNITED STATES,

Defendant.

Case No. _____

Judge _____

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 JAN -3  P 2:31
DEPUTY CLERK

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

I'm a 64 year old veteran in relatively good condition with Diabetis controlled. I am at a point where just getting to walk is a major act because of a Quadravalent flu shot. I was before my Quadravalent flu very activite and very mobile always out leaf raking my lawn and mowing now because of contracting "G.B.S" through a flu shot Quadravalent now all I have to look forward to endless (Ivig) Immune globulin intravenous all of this happens on a Thursday 9:00-12:00 then the Friday 9:00-12:00 then four weeks later all starts over again this I done at M.M.C. Scarboro, me 100 Campus Dr unit 124 (Phone number's (207) 396-7705

Because of the Quadravalent flu shot (I Have (AIDP) (acute Inflammatory demyelinating polyneuropathy) condition that causes damage to the Protective covering (myelin Sheath) that surrounds nero Nerve fibers in the brain the nerve nerves leading to the eyes (optic nerves) and Spinal Cord. When the myelin Sheath is damaged nerve Impulses slow or even stop causing neurologic problems. I have had falls because of being so weak on my feet caused by the G.B.S. The way that they found out about my G.B.S, I detected in my Spinal fluid

"P.C." Physially Theraphy 2 times a week numerous medical things arise and have been Hospitaze monthly. Now I am seeking monatary Retribution for pain Suffering and as well as loss of quality of life. I have a living brother in good Physical Shape and very activite. If you need people to give Insight on me before and now.

Sincerely Yours,
William J. Weedham

2. **PARTIES**

Plaintiff, William J. Wickham, resides at 54 Collinwood Circle
(Street Address)

Windham, me 04062 , (207) 893-8328
(City, State, ZIP Code)   (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in the United States Court of Federal Claims?   ☐ Yes  ☒ No

If yes, please list cases: _____

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

monatary Retribution from big Pharma for the Quadravalent flu shot of which I Recieved thinking nothing about a Bad outcome,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2nd__ day of __January__, __2023__.
          (day)           (month)       (year)

_William J. Wisham_
Signature of Plaintiff(s)

A-7