UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| WILLIAM J. WICKHAM, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 2:23-CV-00002-LEW |
| UNITED STATES, | ) ) ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 11, 2023, the United States Magistrate Judge filed with the court his Recommended Decision After Review of Complaint Pursuant to 28 U.S.C. § 1915, recommending dismissal of Plaintiff's complaint and notifying Plaintiff of his right to file an objection to the same.  The Magistrate Judge further notified Plaintiff that failure to object would waive his right to de novo review and appeal.  The Clerk provided Plaintiff with a copy of the same.

The time within which to file an objection expired on January 25, 2023, and no objection was filed, either before or after the deadline.  It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.  Plaintiff's complaint is DISMISSED.

**SO ORDERED.**

Dated this 17th day of March, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE